UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 NOV 26 P 2: 42

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) INDICTMENT NO. CR 107-135 |
| | ) |
| ANTONIO PEREZ JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, in the interest of justice, and pursuant to the Defendant pleading guilty in state court to similar charges, the United States Attorney for the Southern District of Georgia, hereby dismisses without prejudice Indictment number CR 107-135 as to this defendant.

Edmund A. Booth, Jr.
United States Attorney
Georgia Bar No. 068000

Carlton R. Bourne, Jr.
Assistant United States Attorney
S.C. Bar. No. 007868
Post Office Box 2017
Augusta, Georgia 30903
(706) 724-0517

Leave of Court is granted for the filing of the foregoing dismissal.

This 26th day of November, 2007.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA